**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**CASE NO.: 0:26-cv-63282**

JONPAUL MARCEL NADEAU,

Plaintiff,

v.

D'ANGELO REALTY GROUP, LLC AND
ARNOLD FRIED,

Defendants.

---

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff JONPAUL MARCEL NADEAU by and through his undersigned counsel, brings this Complaint against Defendants D'ANGELO REALTY GROUP, LLC AND ARNOLD FRIED for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff JONPAUL MARCEL NADEAU ("Nadeau") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Nadeau's original copyrighted Works of authorship, such as the ones in this case, to real estate associates and brokerages for use in connection with promoting real estate listings.

2. Nadeau is the owner and principal photographer of Aremac Photography, located in South Florida. Nadeau specializes in high quality interior and exterior photography, aerial footage, short HD films, and floor plans. He provides a detailed and customized finished product to every client. Nadeau has over 7 years experience working in the industry, and working alongside his mentor, he now expands his horizons to 3D tours and film.

3. Defendant D'Angelo Realty Group, LLC ("D'Angelo Realty Group") is a licensed real estate corporation and broker.

4. Defendant Arnold Fried ("Fried") is a real estate associate/broker licensed in the state of FL, who is an employee under the brokerage of D'Angelo Realty Group.

5. D'Angelo Realty Group and Fried are collectively referred to herein as "Defendants."

6. Nadeau alleges that Defendants obtained Nadeau's copyrightedWorks from the internet or prior listings for other properties on multiple listing services of which Defendants are members in order to carry out their activities as a professional real estate agent and broker. Defendants copied Nadeau's copyrighted Works from the internet or prior real estate listings without Nadeau's permission. The prior real estate listings that Defendants may have used to copy Nadeau's copyrighted Works are available to all professional licensed real estate associates and brokers who are members of the multiple listing service where the photos were posted, and they are also available publicly on the internet.

7. Defendants distributed Nadeau's copyrighted Works also without Nadeau's permission, such as through real estate listings on multiple listing services. Defendants committed the violations alleged by copying and distributing Nadeau's copyrighted Works in connection with Defendants' real estate listing posted on one or more multiple listing services for purposes of advertising and promoting public real estate listings in the course and scope of Defendants' professional real estate businesses.

8. Defendant D'Angelo Realty Group, the broker for Fried appears as listing broker on the real estate listing where Fried committed the violations of Nadeau's exclusive rights under the copyright act.

9. Defendant D'Angelo Realty Group is liable for the infringement by Fried because a Florida real estate broker is liable for the torts of its agents, even if those agents are treated as "independent contractors."

10. A person licensed as a real estate sales associate may not operate as a sales associate without a broker that is registered as her or his employer. Fla. Stat. § 475.42(1)(B). Moreover, the "terms "employ," "employment," "employer," and "employee," when used to describe the relationship between a broker like D'Angelo Realty Group and Fried include an independent contractor relationship when such relationship is intended by and established between a broker (D'Angelo Realty Group) and a sales associate (Fried) and furthermore the existence of an independent contractor relationship shall not relieve the broker (D'Angelo Realty Group) of its duties, obligations, or responsibilities, which include being responsible for the offences of Fried. Fla. Stat. § 475.01(2).

11. As a result, even if D'Angelo Realty Group designates its agents as "independent contractors," Fried is an "employee" under the Florida Real Estate Code and the common law of principal/agent in Florida, D'Angelo Realty Group is vicariously liable for its agents' acts committed in connection with and in furtherance of D'Angelo Realty Group's real estate brokerage business.

12. Nadeau's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

**JURISDICTION AND VENUE**

13. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

14. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

15. Defendants are subject to personal jurisdiction in Florida.

16. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

**DEFENDANTS**

17. D'Angelo Realty Group, LLC is a FL Limited Liability Company with its principal place of business at 411 N. New River Drive, Suite 100, Fort Lauderdale, Florida 33301, and can be served by serving its Registered Agent, John D'Angelo, at 709 East Las Olas Boulevard, Fort Lauderdale, FL 33301.

18. Arnold Fried is a FL licensed real estate sales associate/broker, License Number SL544429, who resides in Port St. Lucie FL, and can be served at 12187 SW Sandpiper Way, Port St. Lucie, FL 34987.

**THE COPYRIGHTED WORKS AT ISSUE**

19. The table below identifies the titles, registration date, and registration number of the copyrighted photographs at issue in this action (the "Works"). Copies of the Works are attached as Exhibit 1, and a copy of the Certificate of Registration is attached as Exhibit 2.

| **Title** | **Works** | **Registration Date** | **Registration Number** |
|---|---|---|---|
| DSC7392 |  | December 30, 2020 | VA 2-239-610 |

| Title | Works | Registration Date | Registration Number |
|---|---|---|---|
| DSC7433 |  | December 30, 2020 | VA 2-239-610 |
| DSC7494 |  | December 30, 2020 | VA 2-239-610 |

20. Nadeau registered the Works with the Register of Copyrights on December 30, 2020, and was assigned registration number VA 2-239-610. The Certificate of Registration is attached hereto as **Exhibit 2**.

21. At all relevant times Nadeau was the owner of the copyrighted Works at issue in this case.

**INFRINGEMENT BY DEFENDANTS**

22. The Defendants have never been licensed to use the Works at issue in this action for any purpose.

23. On a date after the Works at issue in this action were created, but prior to the filing of this action, Defendants copied, displayed, or distributed the Works.

24. Defendants copied Nadeau's copyrighted Works from prior listings for other properties on multiple listing services of which Defendants are members, obtained the Works from the internet, or from other real estate associates.

25. After Defendants copied the Works, they made further copies and distributed the Works on, inter alia, one or more multiple listing services or the internet to promote the sale of

the property depicted in the Works or similar properties as part of their professional real estate businesses.

26. Defendants copied and distributed Nadeau's copyrighted Works in connection with their real estate listing posted on one or more multiple listing services or the internet for purposes of advertising and promoting public real estate listings in the course and scope of Defendants' professional real estate businesses, and in the course and scope of rendering professional real estate services as associates and brokers.

27. Defendants reproduced, displayed, and distributed Nadeau's copyrighted Works in connection with the advertisement and promotion of the property located at 14969 Barletta Way, Delray Beach, Florida 33446. The unauthorized uses included the display of the Works on D'Angelo Realty Group's website and third-party real estate platforms, including Compass, Homes.com, and Redfin, as depicted in Exhibit 3. Upon information and belief, Defendants caused or authorized the dissemination of the Works through these platforms in connection with their professional real estate activities.

28. Defendants committed copyright infringement of the Works as evidenced by the documents attached hereto as **Exhibit 3**.

29. Nadeau never gave Defendants permission or authority to copy, distribute or display the Works at issue in this case.

30. Nadeau notified Defendants of the allegations set forth herein on April 11, 2025 and May 13, 2025. To date, the parties have failed to resolve this matter.

**COUNT I**
**DIRECT COPYRIGHT INFRINGEMENT BY FRIED AND D'ANGELO REALTY GROUP**

31. Nadeau incorporates the allegations of paragraphs 1 through 30 of this Complaint as if fully set forth herein.

32. Nadeau owns valid copyrights in the Works at issue in this case.

33. Nadeau registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

34. Defendants Fried and D'Angelo Realty Group copied, displayed, and distributed the Works at issue in this case without Nadeau's authorization in violation of 17 U.S.C. § 501.

35. Defendants performed the acts alleged in the course and scope of their respective business activities.

36. Defendants' acts were willful.

37. Nadeau has been damaged.

38. The harm caused to Nadeau has been irreparable.

**COUNT II**
**VICARIOUS COPYRIGHT INFRINGEMENT BY D'ANGELO REALTY GROUP**

39. Nadeau incorporates the allegations of paragraphs 1 through 30 of this Complaint as if fully set forth herein.

40. Nadeau owns valid copyrights in the Works at issue in this case.

41. Nadeau registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

42. Fried copied, displayed, and distributed the Works at issue in this case without Nadeau's authorization in violation of 17 U.S.C. § 501.

43. D'Angelo Realty Group had the right and ability to supervise and control Fried's real estate advertising and marketing activities, including the publication and dissemination of photographs used in property listings. Upon information and belief, D'Angelo Realty Group had the authority to review, approve, modify, or remove photographs appearing in listings advertised through its brokerage.

44. D'Angelo Realty Group had a direct financial interest in the infringing activities because the unauthorized use of Nadeau's Works was intended to advertise and promote real estate listings from which D'Angelo Realty Group stood to receive commissions or other financial benefits upon the successful sale of the advertised properties.

45. As a result of the infringing activities alleged above, D'Angelo Realty Group stood to obtain direct or indirect financial benefits from the promotion of the property listings containing the Works.

46. D'Angelo Realty Group has continued to copy, display, and distribute the Works at issue with knowledge that such acts violate Nadeau’s intellectual property rights.

47. Nadeau has been damaged.

48. The harm caused to Nadeau has been irreparable.

WHEREFORE, the Plaintiff JONPAUL MARCEL NADEAU prays for judgment against the Defendants D'ANGELO REALTY GROUP, LLC AND ARNOLD FRIED that:

a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendants be required to pay Nadeau his actual damages and Defendants' profits attributable to the infringement, or, at Nadeau's election and to the extent available, statutory damages, as provided in 17 U.S.C. § 504;

c. Nadeau be awarded his reasonable attorneys' fees and costs to the extent available under 17 U.S.C. § 505;

d. Nadeau be awarded pre- and post-judgment interest; and

e. Nadeau be awarded such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Nadeau hereby demands a trial by jury of all issues so triable.

Dated: November 20, 2026

Respectfully submitted,

*/s/ Sanje V. Lara*

SANJE V. LARA
Florida Bar Number: 1031680
sanje.lara@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number: 98220
Joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 212
Boca Raton, FL 33433
786.743.0018 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff JonPaul Marcel Nadeau*